UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS BRUNERO,

Plaintiff,

-against-

NOVAK VUKASINOVIC,

Defendant.

23 CIVIL 6341 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, Plaintiff's motion for summary judgment is GRANTED.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**
**Deputy Clerk**