UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS BRUNERO,

Plaintiff,

*– against –*

NOVAK VUKASINOVIC,

Defendant.

**ORDER**

23-cv-6341 (ER)

RAMOS, D.J.:

On July 21, 2023, Nicholas Brunero brought this action against Novak Vukasinovic, who is representing himself, alleging breach of a promissory note. Doc. 1. On September 30, 2026, the Court granted Brunero's motion for summary judgment. Doc. 74. On October 28, 2026, Brunero filed a motion to amend or clarify the September 30, 2026 order to state the monetary amount of the judgment, including interest and Brunero's out-of-pocket costs, expenses, and fees. Doc. 76. Vukasinovic is directed to respond to the motion by November 12, 2026.

It is SO ORDERED.

Dated: October 29, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.